| TO: | |
|---|---|
| **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313−1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING PATENT OR TRADEMARK** |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Eastern California on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | US District Court Eastern California |
|---|---|---|
| **2:07−CV−01874−LEW−JFM** | **9/11/07** | **Sacramento** |
| PLAINTIFF | | DEFENDANT |
| **STEVEN F. REIBER, ET AL.** | | **WESTERN DIGITAL CORPORATION, ET AL.** |
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| **1** 6,354.479 | March 12, 2002 | Steven F. and Mary L. Reiber |
| **2** 6,651,864 | November 25, 2003 | Steven F. and Mary L. Reiber |
| **3** 6,935,548 | August 30, 2005 | Steven F. and Mary L. Reiber |
| **4** | | |
| **5** | | |

In the above−entitled case the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| **1** | | |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above−entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |