HELLER EHRMAN LLP
Robert T. Haslam (71134)
Nitin Subhedar (171802)
275 Middlefield Road
Menlo Park, CA 94025-3506
(robert.haslam@hellerehrman.com)
(nitin.subhedar@hellerehrman.com)
Telephone: (650) 324-7000
Facsimile:  (650) 324-0638

*Attorneys for Defendant Seagate Technology LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Steven F. Reiber and Mary L. Reiber, <br><br> Plaintiffs, <br><br> vs. <br><br> Western Digital Corp., Seagate Technology LLC, Toshiba America Information Systems, Inc., Hewlett-Packard Company, and Dell Inc., <br><br> Defendants. | Case No. 2:07-CV-01874-LEW-JFM <br><br> ORDER RE SEAGATE'S RESPONSE TO COMPLAINT <br><br> Honorable Ronald S. W. Lew |

The Court hereby GRANTS the stipulation between the plaintiffs' and defendant Seagate. The time to answer or otherwise respond to the complaint in this action is extended to 20 days after any granted stay is lifted or 20 days after Seagate's motion to stay is denied.

Dated: November 6, 2007          _____

HONORABLE RONALD S.W. LEW

Senior, U.S. District Court Judge

1

STIPULATION RE SEAGATE'S RESPONSE TO COMPLAINT
Case No. 2:07-CV-01874-LEW-JFM