R. Whitney Winston (SBN 232857)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.429.3000
Fax: 202.429.3902

Attorney for Defendant
Toshiba America Information Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEVEN F. REIBER AND MARY L. REIBER,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN DIGITAL CORPORATION, SEAGATE TECHNOLOGY LLC, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., HEWLETT-PACKARD COMPANY, AND DELL INC.,<br><br>Defendants. | Case No.: No. 2:07-CV-01874-LEW-JFM<br><br>**ORDER RE: TOSHIBIA AMERICA INFORMATION SYSTEMS, INC.'S RESPONSE TO COMPLAINT**<br><br>The Honorable District Judge Ronald S.W. Lew |

In accordance with a stipulation between the plaintiffs and defendant TAIS, the Court hereby orders that TAIS's time to answer or otherwise respond to the complaint in this action is extended 20 days after any granted stay is lifted or 20 days after TAIS's motion to stay is denied.

Dated: November 8, 2007                    /s/ Ronald S. W. Lew

                                                        HONORABLE RONALD S.W. LEW
                                                        Senior, U.S. District Court Judge

Stipulation Re: TAIS' Response to Complaint
Case No. 2:07-CV-01874-LEW-JFM

PDF created with pdfFactory trial version www.pdffactory.com