UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Steven F. Reiber and Mary L. Reiber, | Case No. 2:07 CV-01874-LEW-JFM |
| Plaintiffs, | ORDER STAYING ACTION |
| vs. | |
| Western Digital Corp., Seagate Technology, Toshiba America Information Systems, Inc., Hewlett-Packard Company, and Dell Inc. | |
| Defendants. | |

Defendants Western Digital Corp., Seagate Technology, Toshiba America Information Systems, Inc., Hewlett-Packard Company, and Dell Inc. each filed a timely motion to stay this action (collectively "Stay Motions") pending resolution of U.S. International Trade Commission proceeding.

///
///
///
///
///

1

1   Pursuant to 28 U.S.C. § 1659, the Stay Motions are **GRANTED**, and this
2  action is stayed pending the resolution of U.S. International Trade Commission
3  Investigation No. 337-TA-616.

5   IT IS SO ORDERED.

Dated: November 13, 2007    _____
                             Ronald S.W. Lew
                             Senior Judge, United States District Court

2