HELLER EHRMAN LLP
Robert T. Haslam (71134)
Nitin Subhedar (171802)
275 Middlefield Road
Menlo Park, CA 94025-3506
(robert.haslam@hellerehrman.com)
(nitin.subhedar@hellerehrman.com)
Telephone: (650) 324-7000
Facsimile:   (650) 324-0638

*Attorneys for Defendant Seagate Technology LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Steven F. Reiber and Mary L. Reiber, | Case No. 2:07-CV-01874-LEW-JFM |
| Plaintiffs, | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT |
| vs. | SEAGATE TECHNOLOGY, LLC |
| Western Digital Corp., Seagate Technology LLC, Toshiba America Information Systems, Inc., Hewlett-Packard Company, and Dell Inc., | Honorable Ronald S. W. Lew |
| Defendants. | |

**WHEREAS,** Plaintiffs Steven F. Reiber and Mary L. Reiber and Defendant Seagate Technology LLC (collectively, the "Parties") have entered into a settlement agreement resolving this matter, the Parties hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action is dismissed with prejudice as to Defendant Seagate Technology, LLC.  Each party shall bear their own costs.

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: April __, 2008.

3                                              Respectfully submitted,

4  KIRKLAND & ELLIS, LLP                       HELLER EHRMAN LLP

7  By: _____          By:_____
       Greer N. Shaw (SBN 197960)                  Robert T. Haslam (SBN 71134)
8      777 South Figueroa Street                  275 Middlefield Road
       Los Angeles, CA  90017                    Menlo Park, CA  94025-3506
9      Telephone: (213) 680-8400                  Telephone:  (650) 324-700
       Facsimile: (213) 680-8500                  Facsimile:    (650) 324-0638

11     *Attorneys for Plaintiffs*                 *Attorneys for Defendant Seagate
                                                  Technology LLP*

13  IT IS SO ORDERED:

16  /s/ Ronald S. W. Lew
    Honorable Ronald S. W. Lew

17  Dated: April 21, 2008